UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MICHAEL THOMAS,

Plaintiff,

v.

ESCOBEDO, *et al.*,

Defendants.

Case No. 1:24-cv-00510-KES-CDB (PC)

ORDER GRANTING PLAINTIFF'S THIRD MOTION EXTENDING TIME TO RESPOND TO THE FIRST SCREENING ORDER

(Doc. 22)

**August 31, 2026, Deadline**

**Relevant Background**

Plaintiff Michael Thomas ("Plaintiff") is a state prisoner proceeding pro se and *in forma pauperis* in this civil rights action brought under 42 U.S.C. § 1983. Plaintiff initiated this action with the filing of a complaint on April 29, 2024. (Doc. 1). On December 13, 2024, the Court granted Plaintiff's motion for leave to file a first amended complaint ("FAC") and directed the Clerk of the Court to file Plaintiff's FAC, lodged on December 10, 2024 (Doc. 7), on the docket as his operative pleading. (Doc. 8).

On October 24, 2025, the Court entered the first screening order granting Plaintiff leave to further amend his complaint to cure identified deficiencies of his FAC. (Doc. 10 at 19-20). Following service upon Plaintiff, on October 27, 2025, Plaintiff filed a notice of change of address and the first screening order was re-served upon Plaintiff by mail that same day. (Doc. 11); *see Dkt.* 10/27/2025. On December 5, 2025, Plaintiff filed a document purporting to resubmit his notice of change of address, of a "motion to stay case pending resolution of transfers[,]" and a "declaration in support thereof[] and explanation for delay." (Doc. 12). The filing did not include any motion to stay the case pending resolution of transfer or any other documents in support thereof, nor did

the filing address the first screening order that was reserved upon him. *See id.*

Because the time to comply with the first screening order from the date of its re-service upon Plaintiff had passed on November 17, 2025, and Plaintiff failed to file a response in compliance thereto, the undersigned issued findings and recommendations to dismiss this action without prejudice for Plaintiff's failure to prosecute and to obey Court orders and the Local Rules. (Doc. 14). On April 1, 2026, after Plaintiff timely filed objections and a motion for an extension of time to respond to the first screening order, the Court held in abeyance the findings and recommendations and granted Plaintiff's motion for an extension of time of 45 days from the date of service of the order to respond to the first screening order. (Doc. 19). On May 25, 2026, the Court granted Plaintiff's second motion extending time to respond to the first screening order by July 21, 2026. (Doc. 21).

**<u>Order Granting Third Motion for Extension of Time</u>**

Pending before the Court is Plaintiff's third motion for an extension of time to respond to the first screening order by August 31, 2026, timely filed on July 17, 2026. (Doc. 22). Plaintiff represents that he was "on track" to complete his deadlines in July 2026 before he was placed in segregation ("SHU") on July 1, 2026, and was not allowed any of his property or paperwork. *Id.* at 1. He represents that on July 8, 2026, he was allowed only to purchase stationery and postage to write to the Court. *Id.* at 1-2. Plaintiff expects to be released from SHU on July 30, 2026, to receive his property and legal materials from prison officials and will file his response to the first screening order promptly thereafter. *Id.* at 2. Plaintiff acknowledges he was previously granted extensions dating back nearly a year but did not anticipate being placed in SHU and separated from his legal materials. *Id.* Plaintiff therefore requests an extension of time until August 31, 2026. *Id.*

Based on Plaintiff's representations, and for good cause shown, the Court will grant Plaintiff's request for a further extension of time to respond to the first screening order.

///

///

///

///

**Conclusion and Order**

Accordingly, it is HEREBY ORDERED that Plaintiff's third request for an extension of time to comply with the first screening order (Doc. 22) is GRANTED. Plaintiff SHALL FILE no later than **August 31, 2026,** a response in compliance with the first screening order (Doc. 10).

IT IS SO ORDERED.

Dated: **July 21, 2026**

UNITED STATES MAGISTRATE JUDGE